NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

——————————

**CURTIS BULLICK,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE AIR FORCE,**
*Respondent.*

——————————

2013-3121

——————————

Petition for review of an arbitrator's decision in No. 121103-00362-3 by Robert H. Brunner.

——————————

## O R D E R

The petitioner having failed to respond to this court's October 30, 2013 order,

IT IS ORDERED THAT:

The petition is dismissed. Each side shall bear its own costs.

2                                    BULLICK v. AIR FORCE

                                           FOR THE COURT

                                           /s/  Daniel E. O'Toole
                                                Daniel E. O'Toole
                                                Clerk of Court

s8

ISSUED AS A MANDATE:  November 22, 2013